## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA BOYCE, | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 26-2300 |
| | : | |
| STATE FARM FIRE AND | : | |
| CASUALTY COMPANY, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW,** this **10th** day of **June 2026,** upon consideration of Defendant State Farm Fire and Casualty Company's Motion to Dismiss Plaintiff Christina Boyce's Complaint (ECF 8) and Plaintiff's Response (ECF 11), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Defendant's Motion is **GRANTED** to the extent that it seeks to dismiss Count II of Plaintiff's Complaint, and Count II is **DISMISSED** without prejudice**,** with leave to amend if Plaintiff can allege sufficient facts to state a claim for bad faith;

2. Defendant's Motion is **GRANTED** to the extent it seeks to Dismiss Count IV of Plaintiff's Complaint and Count IV is **DISMISSED WITH PREJUDICE**; and

3. Count III of Plaintiff's Complaint is **WITHDRAWN** pursuant to Federal Rule of Civil Procedure 15(a)(2).[1]

Plaintiff shall file her Amended Complaint, if any, or a notice of her intention to stand on the remaining claims in her Complaint, on or before **Thursday, July 2, 2026**.

**BY THE COURT:**

---

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*

---

[1] Boyce may only amend her Complaint to reassert a claim under the UTPCPL with State Farm's written consent or with the Court's leave to do so.